IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00690-MEH

DARIN ZARUBA,
Z, INC. d/b/a Zinc Homes,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF EL PASO,
ROBERT C. BALINK,
MARK LOWDERMAN, and
GINA TRIVELLI,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2015.**

      For good cause shown, the Joint Motion to Stay Proceedings and Discovery [filed July 16, 2015; docket #18] is **granted**. All discovery is temporarily stayed in this case until **August 27, 2015** on which date the Court will hold a Status Conference at **9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date.

      At the status conference, counsel for the parties shall be prepared to discuss the status of settlement negotiations and whether deadlines should be extended.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).