IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-00690-MEH

DARIN ZARUBA,
Z, INC. d/b/a Zinc Homes,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF EL PASO,
ROBERT C. BALINK,
MARK LOWDERMAN, and
GINA TRIVELLI,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Stipulated Motion to Dismiss with Prejudice [filed September 17, 2015; docket #21] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his, her or its own attorney's fees and costs.

Dated at Denver, Colorado this 18th day of September, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge